IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                    Case No.    3:03cr32/LAC
                                                   3:11cv619/LAC/CJK

JAMES RUSSELL GREENAWALT

_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 13, 2012. (Doc. 104). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The amended motion to vacate, set aside, or correct sentence pursuant

to 28 U.S.C. § 2255 (doc. 94) is summarily DISMISSED as untimely.

DONE AND ORDERED this 14th day of December, 2012.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE